**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YVONNE ALMAREZ,** | NO. EDCV 09-00140-MAN |
| Plaintiff, | |
| v. | JUDGMENT |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order filed concurrently herewith,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order, including the immediate calculation and payment of benefits for the closed period in accordance with the Memorandum Opinion and Order.

DATED: September 30, 2010

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE